# **EXHIBIT A**

FILED
4/8/2022 4:00 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

21911-DJC

Attorney I.D. No. 3128664

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| JAMES PATE GUSTAFSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22LA00000121 |
| ) | |
| FUTURE MOTION, INC.; and ) | |
| ZION CYCLERY, INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

### COUNT I

Now comes the Plaintiff, JAMES PATE GUSTAFSON, by his attorneys, O'CONNOR & NAKOS, LTD., and complaining of the Defendants, FUTURE MOTION, INC.; and ZION CYCLERY, INC., and each of them, alleges as follows:

1. That on and prior to December 26, 2021, the aforementioned Defendants, and each of them, were engaged in the business of designing, preparing, manufacturing, advertising, distributing, supplying and/or selling a certain product and/or its appurtenances, commonly known as Onewheel XR, and that prior to the said date, the Defendants, and each of them, had, in fact, designed, prepared, manufactured, advertised, distributed, supplied and/or sold the aforesaid product and/or its appurtenances.

2. That the aforementioned Defendants, and each of them, participated in the design, preparation, manufacturing, advertising, distribution, supplying and/or sale of the aforesaid product and/or its appurtenances, while said product and/or its appurtenances was in an

1

NOTICE
PURSUANT TO LCR - 2-2.14
THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE
IN COURTROOM T 512 ON
07/13/2022 AT 09:00 A.M./P.M.
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR
AN ORDER OF DEFAULT BEING ENTERED.

unreasonably dangerous condition, with regard to its acknowledged intended and foreseeable uses, and was so at the time the aforesaid product and/or its appurtenances left the control of the manufacturer, in that:

    (a)    It was designed improperly and unsafely for rider safety, and/or;

    (b)    The device would pushback and nosedive without warning, and/or;

    (c)    The device would regeneration pushback without warning, and/or;

    (d)    The device would shutdown to protect the battery at the expense of rider safety, without warning.

3. That on the aforesaid date, the aforesaid product and/or its appurtenances was in use at the Plaintiff's home located in the Village of Riverwoods, County of Lake, and State of Illinois; at said time, the Plaintiff was in the course of operating the said Onewheel XR, as a customer at the aforesaid location.

4. That as a direct and proximate result of one or more of the aforesaid unreasonably dangerous conditions of said product and/or its appurtenances, the said product and/or its appurtenances suddenly nosedived without warning, thereby causing injuries to the Plaintiff as hereinafter mentioned.

5. That as a direct and proximate result of one or more of the aforesaid unreasonably dangerous conditions of said product and/or its appurtenances, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be, hindered and prevented from attending to his usual duties and affairs, and has lost, and will in the future lose, the value of that time as aforementioned. Plaintiff also suffered great pain and

anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, JAMES PATE GUSTAFSON, demands judgment against the Defendants, FUTURE MOTION, INC.; and ZION CYCLERY, INC., and each of them, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally costs of said suit.

## COUNT II

Now comes the Plaintiff, JAMES PATE GUSTAFSON, by his attorneys, O'CONNOR & NAKOS, LTD., and complaining of the Defendants, FUTURE MOTION, INC.; and ZION CYCLERY, INC., and each of them, alleges as follows:

1. That on and prior to December 26, 2021, the aforementioned Defendants, and each of them, were engaged in the business of servicing, maintaining and/or repairing a certain product and/or its appurtenances, commonly known as Onewheel XR, and that prior to the said date, the Defendants, and each of them, had in fact, sold, serviced, maintained and/or repaired the aforesaid product and/or its appurtenance.

2. That on and prior to December 26, 2021, the aforementioned Defendants, and each of them, participated in the selling, servicing, maintenance, and/or repair of the aforesaid product and/or its appurtenances.

3. Notwithstanding their duty, at said time and place, the Defendants, and each of them, by and through their agents, servants and employees, were then and there guilty of one or more of the following careless and negligent acts and/or omissions:

3

    (a)    Failed to warn the Plaintiff that said Onewheel would suddenly nosedive, and/or;

    (b)    Failed to incorporate safety mechanisms or devices to prevent pushback, and/or pushback regeneration.

    (c)    Failed to incorporate electrical warnings that the said Onewheel XR was about to nosedive.

4. That on the aforesaid date, the aforesaid product and/or its appurtenances was in use at the Plaintiff's home located in the Village of Riverwoods, County of Lake, and State of Illinois; at said time, the Plaintiff was in the course of operating said Onewheel XR, as a customer at the aforesaid location.

5. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions, the said product and/or its appurtenances suddenly nosedived, thereby causing injuries to the Plaintiff as hereinafter mentioned.

6. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendants, and each of them, the Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was, and will be, hindered and prevented from attending to his usual duties and affairs, and has lost, and will in the future lose, the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, the Plaintiff, JAMES PATE GUSTAFSON, demands judgment against the Defendants, FUTURE MOTION, INC.; and ZION CYCLERY, INC., and each of them, in a dollar amount to satisfy the jurisdictional limitation of this Court and such additional amounts as the jury and the Court shall deem proper, and additionally costs of said suit.

*Attorneys for Plaintiff*

O'CONNOR & NAKOS, LTD.

By: _____
D. Jeffrey Comeau

*Attorney I.D. No. 3128664*

**D. Jeffrey Comeau**
**O'CONNOR & NAKOS, LTD.**
**120 N. LaSalle Street / 35th Floor**
**Chicago, IL    60602**
**Telephone:  312/ 546-8100**
**Fax:  312/546-8101**
**Email:  jcomeau@oconnornakos.com**

FILED
4/8/2022 4:00 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

21911-DJC

Attorney I.D. No. 3128664

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| JAMES PATE GUSTAFSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 22LA00000121 |
| ) | |
| FUTURE MOTION, INC.; and ) | |
| ZION CYCLERY, INC., ) | |
| ) | |
| Defendants, ) | |

## RULE 222 AFFIDAVIT

I, D. Jeffrey Comeau, being first duly sworn on oath, depose and state that if I were called upon to testify, I would do so as follows:

1. That I am an attorney at law licensed to practice in the State of Illinois.

2. That I am a Partner with the law firm of O'Connor & Nakos, Ltd., attorneys of record for the Plaintiff, JAMES PATE GUSTAFSON.

3. That based upon the information available to me at the present time, the total amount of money damages sought in this matter exceeds $50,000.00.

4. That this Affidavit is submitted in compliance with Supreme Court Rule 222(b).

FURTHER, Affiant sayeth not.

_____
D. JEFFREY COMEAU

SUBSCRIBED AND SWORN TO
before me on this 8th day of
April, 2022.

_____
Notary Public

"OFFICIAL SEAL"
LINDA AUGLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/14/2025

FILED
4/8/2022 4:00 PM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

21911-DJC

## IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
## LAKE COUNTY, ILLINOIS

| | |
|---|---|
| JAMES PATE GUSTAFSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 22LA00000121 |
| FUTURE MOTION, INC.; and ZION CYCLERY, INC., | ) ) ) |
| Defendants, | ) ) |

### JURY DEMAND

The undersigned demands trial by jury.

_____
Plaintiff's Attorney, D. Jeffrey Comeau

*Attorney I.D. No. 3128664*

**D. Jeffrey Comeau, Esq.**
**O'CONNOR & NAKOS, LTD.**
120 N. LaSalle Street / Suite #3500
Chicago, IL 60602
Telephone: 312/546-8100
Fax: 312/546-8101
Email: jcomeau@oconnornakos.com

| IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT | **NOTICE** |
|---|---|
| LAKE COUNTY, ILLINOIS | **PURSUANT TO LCR - 2-2.14** |

JAMES PATE GUSTAFSON,

THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE IN COURTROOM __T512__ ON __07/13/2022__ AT __09:00__ (A.M.)/P.M.

FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

Plaintiff(s)

vs.

FUTURE MOTION, INC.; and ZION CYCLERY, INC.,

Case No: __22LA00000121__

PLEASE SERVE:
ZION CYCLERY, INC.
Christopher Daisy, Registered Agent
or Serve Any Other Authorized Agent
2750 Sheridan Road
Zion, IL   60099

Defendant(s)

## SUMMONS

**To each defendant:**

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with the Lake County Circuit Clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask the circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. for information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask the circuit clerk's office for a fee waiver application.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

171-138 Rev 09/20

This summons may not be served later than 30 days after its date.

WITNESS  4/08/2022

*Erin Cartwright Weinstein*
ERIN CARTWRIGHT WEINSTEIN,
Clerk of Court

Prepared by:
Name: D. Jeffrey Comeau / O'CONNOR & NAKOS, LTD.     Pro Se ☐
Address: 120 N. LaSalle Street / 35th Floor
City: Chicago                State: IL
Phone: 312/546-8100          Zip Code: _____
ARDC #: 3128664
Fax: 312/546-8101
E-mail address: jcomeau@oconnornakos.com

(If service by facsimile transmission will be accepted, the telephone number of the plaintiff or plaintiff's attorney's facsimile machine is additionally required.)

Date of Service _____, 20____ (to be inserted by officer on copy left with defendant or other person).

171-138 Rev 09/20

|  | ( Service and return ................................. $ _____ |
|---|---|
| SHERIFF'S FEES | ( Miles_____ .................................. $ _____ |
|  | ( Total ................................................. $ _____ |

_____
Sheriff of _____ County

I certify that I served this summons on defendants as follows:
(a)-(Individual defendants – personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant).

_____
_____
_____
_____

(b)-(Individual defendants – abode):
By leaving a copy of the complaint at the usual place of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person).

_____
_____
_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(c)-(Corporate defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation Service | Registered agent, officer or agent | Date of |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d)-(Other service):

_____
_____
_____

_____ Sheriff of _____ County
By: _____
(Deputy)

171-138 Rev 09/20

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

JAMES PATE GUSTAFSON,

        Plaintiff(s)

vs.

FUTURE MOTION, INC.; and ZION CYCLERY, INC.,

        Defendant(s)

**NOTICE**
**PURSUANT TO LCR - 2-2.14**
THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE IN COURTROOM T512 ON 07/13/2022 AT 09:00 A.M./P.M.
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

Case No: 22LA00000121

PLEASE SERVE:
FUTURE MOTION, INC.
Kyle J. Doerksen, Chief Executive Officer
or Serve Any Other Authorized Contact
520 Bellvue Street
Santa Cruz, CA  95060

## SUMMONS

**To each defendant:**

 You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

 E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with the Lake County Circuit Clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask the circuit clerk for more information or visit www.illinoislegalaid.org.

 If you are unable to pay your court fees, you can apply for a fee waiver. for information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask the circuit clerk's office for a fee waiver application.

To the officer:
 This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

171-138 Rev 09/20

This summons may not be served later than 30 days after its date.

WITNESS 4/08/2022

*Erin Cartwright Weinstein*
ERIN CARTWRIGHT WEINSTEIN,
Clerk of Court

Prepared by:
Name: D. Jeffrey Comeau / O'CONNOR & NAKOS, LTD.    Pro Se ☐
Address: 120 N. LaSalle Street / 35th Floor
City: Chicago                State: IL
Phone: 312/546-8100      Zip Code: _____
ARDC #: 3128664
Fax: 312/546-8101
E-mail address: jcomeau@oconnornakos.com

(If service by facsimile transmission will be accepted, the telephone number of the plaintiff or plaintiff's attorney's facsimile machine is additionally required.)

Date of Service _____, 20____ (to be inserted by officer on copy left with defendant or other person).

171-138 Rev 09/20

|  | ( Service and return .................................................. $ _____ |
|---|---|
| SHERIFF'S FEES | ( |
|  | ( Miles_____ .................................................. $ _____ |
|  | ( |
|  | ( Total .................................................. $ _____ |

_____
Sheriff of _____ County

I certify that I served this summons on defendants as follows:
(a)-(Individual defendants – personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant).

_____
_____
_____
_____

(b)-(Individual defendants – abode):
By leaving a copy of the complaint at the usual place of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person).

_____
_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(c)-(Corporate defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation Service | Registered agent, officer or agent | Date of |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d)-(Other service):

_____
_____
_____

_____ Sheriff of _____ County
By: _____
        (Deputy)

171-138 Rev 09/20

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

**NOTICE PURSUANT TO LCR - 2-2.14**

THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE IN COURTROOM T512 ON 07/13/2022 AT 09:00 A.M./P.M.

FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

JAMES PATE GUSTAFSON,

Plaintiff(s)

vs.

FUTURE MOTION, INC.; and ZION CYCLERY, INC.,

Defendant(s)

Case No: 22LA00000121

PLEASE SERVE:
FUTURE MOTION, INC.
Paracorp Incorporated, Registered Agent,
Matthew Marzucco, Agent or Serve Any
Other Authorized Agent
2804 Gateway Oaks Drive / #100
Sacramento, CA    95833

## SUMMONS

**To each defendant:**

You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk with the Lake County Circuit Clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask the circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. for information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask the circuit clerk's office for a fee waiver application.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

171-138 Rev 09/20

This summons may not be served later than 30 days after its date.

WITNESS 4/08/2022

*Erin Cartwright Weinstein*
ERIN CARTWRIGHT WEINSTEIN,
Clerk of Court

Prepared by:
Name: D. Jeffrey Comeau / O'CONNOR & NAKOS, LTD.    Pro Se ☐
Address: 120 N. LaSalle Street / 35th Floor
City: Chicago                State: IL
Phone: 312/546-8100          Zip Code: _____
ARDC #: 3128664
Fax: 312/546-8101
E-mail address: jcomeau@oconnornakos.com

(If service by facsimile transmission will be accepted, the telephone number of the plaintiff or plaintiff's attorney's facsimile machine is additionally required.)

Date of Service _____, 20____ (to be inserted by officer on copy left with defendant or other person).

171-138 Rev 09/20

|  | ( Service and return ........................................... $ _____ |
| --- | --- |
| SHERIFF'S FEES | ( Miles_____ ........................................... $ _____ |
|  | ( Total ................................................................ $ _____ |

_____
Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a)-(Individual defendants – personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant).

_____
_____
_____
_____

(b)-(Individual defendants – abode):
By leaving a copy of the complaint at the usual place of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person).

_____
_____
_____

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(c)-(Corporate defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation Service | Registered agent, officer or agent | Date of |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d)-(Other service):

_____
_____
_____

_____ Sheriff of _____ County
By: _____
(Deputy)

171-138 Rev 09/20